**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE BRODA, Deceased,
ROBERT BRODA as Substitute Party,

       Plaintiff,                      Case No. 05-60049

v.                                    HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on July 27, 2005, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

                                            s/Marianne O. Batani
                                            MARIANNE O. BATTANI
                                            UNITED STATES DISTRICT JUDGE

DATED:    August 19, 2005

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon Robert P. Walsh, and Janet L. Parker, on this date by ordinary mail and/or electronic filing.

                                            s/Bernadette M. Thebolt
                                            DEPUTY CLERK